UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 5:25-cv-03105-VBF-MBK | Date | January 6, 2026 |
|---|---|---|---|
| Title | J.D.U.W. v. Ernesto Santacruz, Jr., et al. | | |

| Present: The Honorable | Michael B. Kaufman, U.S. Magistrate Judge |
|---|---|

| James Muñoz | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None present | None present |

**Proceedings:** ORDER TO SHOW CAUSE WHY THE PETITION SHOULD NOT BE GRANTED FOR FAILURE TO COMPLY WITH COURT ORDERS

    Petitioner J.D.U.W. filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on November 19, 2025. Dkt. 1. The Court issued an Order Requiring a Response to the Petition on November 20, 2025. Dkt. 8. That Order set forth a briefing schedule, requiring Respondents to respond to the Petition by December 22, 2025, and for Petitioner to file a reply or opposition to the response by January 14, 2026. *Id.* at 2.

    As of the date of this Order, Respondents have not filed a response to the petition. Respondents are therefore **ORDERED** to show cause why this action should not be granted as unopposed. Respondents' response to this OSC is due on or before **January 13, 2026**. Respondents may respond either by (1) stating that they do not oppose the Petition or (2) filing an Answer or Motion to Dismiss the Petition in accordance with the procedures set forth in this Court's Order (Dkt. 8)**.** If Respondents file an answer or motion, Petitioner's reply or opposition will be due on or before **January 20, 2026.**

**IT IS SO ORDERED.**