

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J.D.U.W.,<br><br>                    Petitioner,<br><br>v.<br><br>ERNESTO SANTACRUZ, JR., et al.,<br><br>                    Respondents. | Case No. 5:25-cv-03105-VBF-MBK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that:

(1) Judgment be entered granting the petition for writ of habeas corpus;

(2) a writ of habeas corpus be issued prohibiting Petitioners' re-detention unless, prior to any re-arrest, Respondents provide Petitioner with a hearing wherein a neutral arbiter finds that clear and convincing

evidence demonstrates, taking into consideration alternatives to detention and Petitioner's ability to pay a bond, that Petitioner is a danger to the community or a flight risk, such that her detention is warranted; and

(3) dismissing this case with prejudice.

Dated: _April 27, 2026_____     _____

HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE