JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.D.U.W., | Case No. 5:25-cv-03105-VBF-MBK |
| Petitioner, | JUDGMENT |
| v. | |
| ERNESTO SANTACRUZ, JR., et al., | |
| Respondents. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED and this action is dismissed with prejudice.

Dated: _____   April 27, 2026

_____
HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE